**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Marcio G Velastegui                           CHAPTER 13
                  Debtor(s)

                                                     BKY. NO. 24-14035 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

                                   Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
27 Nov 2024, 12:10:38, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322