Certificate Number: 17082-PAE-DE-039141245

Bankruptcy Case Number: 24-14035



17082-PAE-DE-039141245

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on December 9, 2024, at 2:31 o'clock PM MST, MARCIO G VELASTEGUI completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   December 9, 2024

By:   /s/Orsolya K Lazar

Name:   Orsolya K Lazar

Title:   Executive Director