UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    Marcio G Velastegui<br><br>    Debtor | Chapter 13<br>Bankruptcy No.24-14035-PMM |

CERTIFICATE OF SERVICE

I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 26th day of February, 2025, by first class mail upon those listed below:


Marcio G Velastegui
1021 S 12th St.
Allentown, PA  18103

**Electronically via CM/ECF System Only:**

CHARLES LAPUTKA ESQ
1344 W HAMILTON STREET
ALLENTOWN, PA  18102


                                               */s/ Kristen Gliem*
                                               Kristen Gliem
                                               for
                                               Scott F. Waterman, Esquire
                                               Standing Chapter 13 Trustee