UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| Marcio G. Velastegui, | : | Bk Case No. 24-14035-PMM |
| | : | Chapter 13 |
| Debtor(s). | : | |
| Marcio G. Velastegui, | : | |
| | : | |
| Movant(s), | : | |
| | : | |
| v. | : | |
| | : | |
| RESPONDENT | : | |
| Bank of America, N.A., | : | |
| | : | |
| STANDING CHAPTER 13 TRUSTEE, | : | |
| SCOTT WATERMAN, | : | |

**ORDER**

AND NOW, this \_\_21st\_\_ day of \_\_August\_\_, 2025. Upon Debtor's Objection to Proof of Claim 1 filed by Bank of America, N.A.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Said Objection is Sustained.
.

_____
**JUDGE PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY COURT**