United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-14035-pmm |
| Marcio G Velastegui | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 21, 2025 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcio G Velastegui, 1021 S 12th St., Allentown, PA 18103-3816 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 14967264 | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 22 2025 00:52:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2025         Signature:         /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Marcio G Velastegui ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Aug 21, 2025 | Form ID: pdf900 | Total Noticed: 2

United States Trustee
            USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| Marcio G. Velastegui, | : Bk Case No. 24-14035-PMM |
| | : Chapter 13 |
| | : |
| Debtor(s). | : |
| Marcio G. Velastegui, | : |
| | : |
| | : |
| Movant(s), | : |
| | : |
| v. | : |
| | : |
| RESPONDENT | : |
| Bank of America, N.A., | : |
| | : |
| STANDING CHAPTER 13 TRUSTEE, | : |
| SCOTT WATERMAN, | : |

## ORDER

AND NOW, this __21st__ day of __August__, 2025.  Upon Debtor's Objection to Proof of Claim 1 filed by Bank of America, N.A.,

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

Said Objection is Sustained.
.

_____
**JUDGE PATRICIA M. MAYER**
**UNITED STATES BANKRUPTCY COURT**