| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-14035-PMM

| | |
|---|---|
| Marcio G Velastegui | Petition Filed Date: 11/08/2024 |
| 1021 S 12th St. | 341 Hearing Date: 12/17/2024 |
| Allentown  PA  18103 | Confirmation Date: |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 12/16/2024 | $198.00 | | 01/16/2025 | $198.00 | | 02/18/2025 | $198.00 | |
| 03/17/2025 | $198.00 | | 04/16/2025 | $198.00 | | 05/16/2025 | $198.00 | |
| 06/16/2025 | $198.00 | | 07/16/2025 | $198.00 | | | | |

**Total Receipts for the Period: $1,584.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $1,782.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $19,581.86 | $0.00 | $0.00 |
| 3 | MEMBERS 1ST FCU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MIDFIRST BANK<br>»» 004 | Mortgage Arrears | $584.77 | $0.00 | $0.00 |
| 5 | RESURGENT RECEIVABLES, LLC<br>»» 005 | Unsecured Creditors | $228.63 | $0.00 | $0.00 |

Chapter 13 Case No. 24-14035-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,782.00 | Current Monthly Payment: | $198.00 |
| Paid to Claims: | $0.00 | Arrearages: | $0.00 |
| Paid to Trustee: | $125.73 | Total Plan Base: | $11,880.00 |
| Funds on Hand: | $1,656.27 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.