United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Marcio G Velastegui  
    Debtor

Case No. 24-14035-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Oct 24, 2025      Form ID: 155      Total Noticed: 14

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Marcio G Velastegui, 1021 S 12th St., Allentown, PA 18103-3816 |
| 14956272 | + | MIDFIRST BANK, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14944674 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 25 2025 00:45:00 | Apple Card - GS Bank USA, Lockbox 6112 - PO Box 7247, Philadelphia, PA 19170-0001 |
| 14967264 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 25 2025 00:44:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 14944675 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:49 | BestBuy/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |
| 14967377 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 25 2025 00:45:00 | Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 14966640 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 25 2025 00:52:22 | MIDFIRST BANK, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 14950469 | ^ | MEBN | Oct 25 2025 00:40:08 | MIDFIRST BANK, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14944676 | | Email/Text: unger@members1st.org | Oct 25 2025 00:45:00 | Members 1st FCU, 5000 Louise Drive, Mechanicsburg, PA 17055-4899 |
| 14967528 | + | Email/Text: Unger@Members1st.org | Oct 25 2025 00:45:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14944677 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 25 2025 00:52:13 | Midland Mortgage/Midfirst, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 14968862 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 25 2025 00:52:18 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14944678 | + | Email/Text: DeftBkr@santander.us | Oct 25 2025 00:45:00 | Santander Bank NA, 1130 Berkshire Blvd - 3rd Floor, Reading, PA 19610-1242 |
| 14944679 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 25 2025 00:52:49 | THD/CBNA, 5800 South Corporate Place, Sioux Falls, SD 57108-5027 |

TOTAL: 12

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Oct 24, 2025 | Form ID: 155 | Total Noticed: 14 |

**preferred address, or ## out of date forwarding orders with USPS.**
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2025         Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHARLES LAPUTKA | on behalf of Debtor Marcio G Velastegui ecfnotices@laputkalaw.com jen@laputkalaw.com;jbolles@laputkalaw.com;laputka.charlesb@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor MIDFIRST BANK bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Marcio G Velastegui ) | Case No. 24−14035−pmm |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: October 23, 2025

For The Court

Patricia M. Mayer
Judge, United States Bankruptcy Court