Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN 38101-0680

Marcio G Velastegui
1021 S 12th St.
Allentown, PA 18103

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2025 to 07/31/2026
**Chapter 13 Case No. 24-14035-PMM**

Petition Filed Date: 11/08/2024
341 Hearing Date: 12/17/2024
Confirmation Date: 10/23/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/18/2025 | $198.00 | | 09/16/2025 | $198.00 | | 10/17/2025 | $198.00 | |
| 11/18/2025 | $198.00 | | 12/16/2025 | $198.00 | | 01/16/2026 | $198.00 | |
| 02/17/2026 | $198.00 | | 03/16/2026 | $198.00 | | 03/27/2026 | $1,533.00 | |
| 04/16/2026 | $465.00 | | 05/18/2026 | $465.00 | | | | |

**Total Receipts for the Period: $4,047.00 Amount Refunded to Debtor Since Filing: $0.00 Total Receipts Since Filing: $6,563.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $2,038.00 | $2,038.00 | $0.00 |
| 1 | BANK OF AMERICA NA<br>»» 001 | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 2 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 002 | Unsecured Creditors | $19,581.86 | $3,411.79 | $16,170.07 |
| 3 | MEMBERS 1ST FCU<br>»» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 4 | MIDFIRST BANK<br>»» 004 | Mortgage Arrears | $584.77 | $584.77 | $0.00 |
| 5 | RESURGENT RECEIVABLES, LLC<br>»» 005 | Unsecured Creditors | $228.63 | $24.94 | $203.69 |

**Chapter 13 Case No. 24-14035-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2026:

| | | | |
|---|---|---|---|
| Total Receipts: | $6,563.99 | Current Monthly Payment: | $465.00 |
| Paid to Claims: | $6,059.50 | Arrearages: | $264.01 |
| Paid to Trustee: | $489.60 | Total Plan Base: | $24,963.00 |
| Funds on Hand: | $14.89 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.**
- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.